# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

_____

### No. ACM S32576

_____

### UNITED STATES
*Appellee*

**v.**

### Jose L. RAMIREZ JR.
Airman First Class (E-3), U.S. Air Force, *Appellant*

_____

Appeal from the United States Air Force Trial Judiciary

Decided 13 August 2019

_____

*Military Judge:* Charles G. Warren.

*Approved sentence:* Bad-conduct discharge, confinement for 3 months, reduction to E-1, and a reprimand. Sentence adjudged 18 December 2018 by SpCM convened at Barksdale Air Force Base, Louisiana.

*For Appellant:* Major Jarett F. Merk, USAF; Joseph Grossman, Legal Intern.[1]

*For Appellee*: Mary Ellen Payne, Esquire.

Before MINK, LEWIS and D. JOHNSON *Appellate Military Judges.*

_____

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

_____

PER CURIAM:

_____

[1] Mr. Grossman was at all times supervised by an attorney admitted to practice before this court.

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).[2] Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court

---

[2] *Manual for Courts-Martial, United States* (2016 ed.).